NATIONAL MAHAIWE BANK, Appellant, *v.* ELIZABETH T. HAND, as Executrix of ALLEN F. HAND, Deceased, Respondent.

*Nat. Mahaiwe Bank* v. *Hand*, 89 Hun, 329, appeal withdrawn.
(Argued April 19, 1897; decided May 11, 1897.)

MOTION fcr leave to withdraw an appeal from an order of the General Term of the Supreme Court in the first judicial department, made in October, 1895, which reversed a judgment in favor of the defendant entered upon the dismissal of the complaint on trial at Circuit and granted a new trial.

*Jared F. Harrison* for motion.

*George C. Holt* opposed.

Motion granted upon paying the taxable costs accruing in this court and ten dollars costs for opposing this motion.

---

WILLIAM C. BRYANT, as Executor of JOSEPH N. TIFFT, Deceased, Appellant, *v.* SARAH A. GAY et al., Respondents.

*Bryant* v. *Gay*, 88 Hun, 614, affirmed.
(Argued April 28, 1897; decided May 14, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered September 23, 1895, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*John G. Milburn* and *George J. Sicard* for appellant.

*George Wadsworth* and *Elijah W. Holt* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur.